UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JACQUELINE BROOKS,

                Plaintiff,

                                            ORDER
     v.                                     05-CV-218A

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On January 10, 2006, Magistrate Judge filed a Report and Recommendation, recommending that defendant's motion for judgment on the pleadings be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation,

 The Clerk of Court shall take all steps necessary to close the case.

    IT IS SO ORDERED.

                                    /s/ *Richard J. Arcara*
                              HONORABLE RICHARD J. ARCARA
                              CHIEF JUDGE
                              UNITED STATES DISTRICT COURT

DATED: January      , 2006